**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

---

UNIVERAL PROTECTION SERVICE,
LLC, d/b/a ALLIED UNIVERSAL
SECURITY SERVICES,
      Plaintiff,                           Court File No.: 1:23-cv-23818

v.

PROSEGUR SECURITY USA, ADAM
SHAPIRO and WENDY WITLOW
      Defendants.

---

## MOTION FOR ENTRY OF STIPULATED ORDER FOR PERMANENT INJUNCTION AND FINAL JUDGMENT

      Plaintiff, Universal Protection Service, LLC, d/b/a Allied Universal Security Services ("Allied Universal") hereby files its "Motion for Entry of Stipulated Order for Permanent Injunction and Final Judgment" ("Order") (**Exhibit 1**) reached through settlement negotiations between Allied Universal and Defendants Wendy Witlow ("Witlow") and Adam Shapiro ("Shapiro") (collectively referred to as the "Individual Defendants"). In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed its Complaint for Permanent Injunction and other relief on October 6, 2023, against Witlow, Shapiro, and Prosegur Security USA, alleging that they violated contractual, statutory, and common law obligations to Allied Universal relating to unfair competition and the protection of confidential information.

2. All parties are presented by counsel.

3. The Order has been signed by Witlow and Shapiro and their counsel. The Order has also been approved by Allied Universal and signed by counsel. The fully executed Order

provides that "Allied Universal and the Individual Defendants consent to entry of this Agreed Injunction."

4. The entry of the Order resolves only the portions of this lawsuit relating to the claims of Allied Universal against Witlow and Shapiro. This lawsuit will continue between Allied Universal and Prosegur Security USA.

5. The Order resolves all claims for injunctive relief brought by Allied Universal and obviates the need for the January 8, 2024 hearing.

Dated: December 21, 2023   Respectfully submitted,

*/s/ Kelly E. Eisenlohr-Moul*
Kelly E. Eisenlohr-Moul (FL. Bar No. 1003246)
keisenlohr-moul@martensonlaw.com
Matthew Crawford (PHV motion pending)
mcrawford@martensonlaw.com

MARTENSON, HASBROUCK & SIMON, LLP
500 Davis St.; Ste 1003
Evanston, IL 60201
T: (231)301-1249
F: (404)909-8120

*Counsel for Plaintiff Allied Universal*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing will be served on all counsel of record using the court's e-filing system.

*/s/ Carol Philip*
Carol Philip